IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HOLLY IVANITCH,

   Plaintiff,

v.

CITIZEN'S VOICE,

   Defendant.

3:19-CV-158
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 19th DAY OF JUNE, 2019, upon review of Chief Magistrate Judge Schwab's Report & Recommendation ("R&R") (Doc. 7) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 7) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted.[1]

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

            Robert D. Mariani
            United States District Judge

---

[1] Although the R&R properly recommends that this action be dismissed for failure to state a claim, this Court notes that the action can alternatively be dismissed for failure to prosecute and to comply with the Court's Order. Here, Plaintiff has not filed any document of record since January 28, 2019 when she filed her complaint and motion to proceed *in forma pauperis* (Docs. 1, 2). Since that time, Chief Magistrate Judge Schwab ordered Plaintiff to file an amended complaint, warning that failure to do so would result in a recommendation that the complaint be dismissed, (Doc. 6), and subsequent to Plaintiff's failure to file that amended complaint or any other documents of record, issued the present R&R (Doc. 7) to which Plaintiff has not filed objections or otherwise responded. Plaintiff's failure to respond to any of the filings on the docket or otherwise file anything of record for almost 6 months leads this Court to conclude that this case is subject to dismissal for failure to prosecute.